United State District Court of the Southern District of Mississippi

La'Brandon K. Grace

v.

District Attorney Patrick Stubbs for Lauderdale County Circuit Court, Detective Deundra Willis, and Detective Dareall Thompson is Law Enforcers for the Meridian, MS Police Department of Lauderdale County individually and in their official Capacities.

Civil Action No. 3:25cv312-CWR-LGI

COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY -2 2025
ARTHUR JOHNSTON
BY _____ DEPUTY

## I. JURISDICTION & VENUE

1. This is a Civil Action Authorized by 42. U.S.C. section 1983 to redress the deprivation Under Color of state law, of rights secured by the Constitution of the United States. The Court has Jurisdiction Under 28. U.S.C. Section 1331 and 1343 (A)(3). The Court has Supplemental Jurisdiction over Plaintiff state law claims under 28 U.S.C. section 1367. Plaintiff Seek declaratory relief Pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff Grace claims for injunctive relief are Authorized by 28. U.S.C. Sections 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Circuit Court of Lauderdale County Mississippi is an appropriate venue under 28 U.S.C. section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## II. PLAINTIFF

3. La'Brandon K. Grace is and was at all time mentioned herein a Prisoner of the State of Mississippi. As a Citizen of the State of State of Mississippi Meridian M.S. 39307

## III. DEFENDANTS

4. Defendants Detective Deundra Willis Meridian M.S. of Lauderdale County

2. DP

5. Defendant Detective Dareall Thompson, Meridian M.S. Lauderdale County Police Department, 410 Constitution Ave., Meridian 39302

6. Defendant District Attorney Patrick Stubbs P.O. Box 5772 Meridian M.S. 39302.

7. At all time mentioned herein this Complaint. Each defendant. Acted as officers for the state and held the rank as officers in that state... Ask

8. Each defendant is sued individally and in his official capacity At all time mentioned in this Complaint. each defendant acted under the color of state law...

IV. FACT...

1. Plaintiff's was charged and false accused also indicted for armed robbery, of a financial business and Possession of a firearm, without the Aurthority of law.

2. August 14, 2015, Plaintiff was also incarcerated for a separate armed Robbery in the same Jurisdiction. Sunday August 16, 2015 Detective Deundra Willis and Detective Dareall Thompson, came to visit and investigate me, read me my rights, off false information

3. I was told by both Detective Willis and Thompson, that I would be charged the next day, but instead I was transfer to Lauderdale county and false charged, went back to Kemper. without the Aurthority of law. August 24, 2015, was when I was charged.

4. I was back and forth from Kemper county to Lauderdale county for courts for four 4 year's. I wasn't notified of the dismissal until January 2025

3.BR

5. Plaintiff Suffered being false accused for Charges on the local News. MY Kid. and family Suffered from this. Without the Aurthority of law

6. Plaintiff was falsely indicted by the State of Mississippi for the Charges, without the Aurthority of law

7. Plaintiff Suffered emotional. Psychological. and Physical harm as a result of Defendants misconduct. including wrongful incarceration and undue Physical suffering. without the Aurthority of law

8. Lauderdale County, Came to Kemper County to search my vehicle and used the same evidence that Kemper County used the same evidence as Kemper County, without the Aurthority of law

9. Prosecutor Used fabricated and misrepresented evidence to indict Plaintiff for the false Charges. without the Aurthority of law

10. Officers and Prosecutor went off false Accusations to Charge the Plaintiff and indicted Plaintiff on false Charges, without the Aurthority of law

## V. LEGAL CLAIMS

11. Plaintiff was wrongfully accused for Armed Robbery and for being a felony in possession of Firearm. without the Aurthority of law

12. Officers and Prosecutor Went off false accusations to Charge and indicted me of false Charges. without the Aurthority of law

13. The State held Plaintiff for over 4 four years against his will without the Aurthority of law

4. bp

14. Prosecutor violated Plaintiff Constitutional and fundamental rights without the Authority of law

15. Plaintiff 4th and 5th Amendment was violated under Artcile 3, 23, 25, 26 without the Authority of law

16. State dismissed Charges against Plaintiff without the Plaintiff being Present or notified, without the Authority of law

17. Plaintiff was forced to served 4 four years and 3 three months, on false Charges and false accusation, without the Authority of law

## VI. PRAYER FOR RELIEF

18. WHEREFORE, Plaintiff Grace respectfully Pray that this Court enter Judgment:

19. Granting Plaintiff Grace a declaration that the Acts and Omissions described herein Violate his rights under Constitution and laws of the United States, and

20. Granting Plaintiff Compensatory damages in the of 1,000,000 For loss of liberty, For Physical distress, For emotional distress, For Public humiation, For injury to reputation, For injury to family relationship, For loss of living room set, For loss of Bedroom Set, For loss of Kitchen sets, For injury to loss of Fiancee, For the loss of Vehicles, For the loss of Clothes, For the loss of Shoes, For the loss of Jewelry, For loss of earning, lost employment opportunities, For unlawful Charges, without the Authority of law, For unlawful detention, For defamation of Character, For Slandering of my name, For future damages, and for emotional injury, without the authority of law

5. DP

21. Plaintiff Grace Seek Nominal damages in the Amount of 175. Against each defendants Separately

22. Plaintiff Grace Seek Punitive damages in the Amount of 15,000,000 Against each defendants Separately. For unlawful Seizures, For Unlawfully Searches, For Unlawful Arrest, For unlawful imprisonment from August 23, 2015 to Oct 9th, 2019 A total of days imprisonment 1,550 days. For Physical discomfort incurred during this Period, For Mental Suffering incurred during this Period. For humiliation distress during this Period. For emotional injury incurred during this Period. For family distress during this Period. For Physical abuse during this Period. For depression during this Period. For Malice loss of liberty and Prosecution, For loss of Jewelry. during this Period. For loss of of driver license. For loss of animals during this Period. For Future Pain and Suffering from false arrest and false imprisonment injury to health, Mental depression. For injury to reputation from Public humiliation, loss of liberty.

23. Grant Plaintiff a Jury trial on all issues triable by Jury.

24. Award Plaintiff the recovery of all costs of this action, including reasonable attorney's fee, as Provided by law.

25. Grant any and further relief as this Court deems Just, Proper, and equitable.

26. Plaintiff also Seek recovery of their Costs in this suit, and and Additional relief this Court deems Just, Proper and equitable

6.bR

Date 4-22- 2025

Respectfully Submitted
La'Brandon K. Grace B-3 Bed #35

M.C.C.F P.O. Box 5188
Holly Springs, MS 38634

VERIFICATION:
I have read the foregoing Complaint and verify the Matter Alleged are true and Correct.

*La'Brandon Grace*

STATE OF MISSISSIPPI
COUNTY OF Tate

MY Commission expires.

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID# 494403 KASIE E. FIORE Commission Expires Feb. 6, 2029 TATE COUNTY]

SUBSCRIBED AND SWORN TO BEFORE ME THIS THE 22 day of April 2025

NOTARY PUBLIC